AO-10
Rov. 1/91

# FINANCIAL DISCLOSURE REPORT

Ethics Act of 1978, 2-A; 14; No. 101-194; Nov. 20.87; (5 U.S.C.A. App. 6, §§101-111.)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KLEINFELD, ANDREW J. | U.S. DISTRICT COURT DISTRICT OF ALASKA | 5/28/91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE (ACTIVE) | ✔ Nomination, Date 5/23/91 ___ Initial ___ Annual ___ Final | 1990-91 |

| 7. Chambers or Office Address |
|---|
| 222 WEST SEVENTH, BOX 12 ANCHORAGE, AK 99513-7566 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts. checking the NONE box for each section where you have no reportable information. Sign on last page.*

## POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☒ NONE (No reportable positions) | |

## AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | State of Alaska permanent fund dividend | $952.63 |
| | annuity - Metropolitan Life Ins. Co. | $21,936 |
| | annuity - Prudential Life Ins. Co. | $20,652 |
| | U. of Alaska - spouse's salary as professor. | $ |
| | Spouse - honorarium - U. Conn., Georgia s | $ |
| | Educ. Sec., James Madison U., Far West Lab., | |
| | Michigan State U., expert fee from Schaible, Staley + De Lisio | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting *Ehrenfeld* | Date of Report 5/29/91

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| [X] NONE (No such reportable reimbursements or gifts) | |

My wife, a Professor, gets travel reimbursements when she goes to conferences in her field, education. These are totally independent of my position and of her relationship to me.

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children: indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|----------|-------------|-------------|
| [X] NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd.)

**VII. INVESTMENTS and TRUSTS** — income, value, transactions (includes those of the spouse and dependent children; see pp. 15-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: month, day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| municipal bonds — all jointly owned with spouse. | | | | | | | | | |
| Baltimore | A | int. | K | W | redemption | 1/90 | K | A | |
| New York | A | int | K | W | | | | | |
| Detroit | A | int | K | W | | | | | |
| Meriden | A | int | K | W | redemption | 1/90 | K | A | |
| Anchorage | A | int | K | W | redemption | 1/90 | K | A | |
| Bellingham | A | int | K | W | | | | | |
| Florida | A | int | K | W | | | | | |
| Baltimore | A | int | K | W | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Value Line (S) | E | div | L | T | liquidation | 10/90 | L | A | |
| Value Line (S) | EA | div | K | T | liquidation | 10/90 | K | A | |
| Fidelity Cash Reserve (S) | A | div | J | T | liquidation | | J | A | |
| Penn Axio (S,DC) | C | div | L | T | | | | | |
| | | | | | | | | | |

FINANCIAL DISCLOSURE REPORT (cont'd) | *Idlewild* | 5/28/91

VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children: see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (buy, sell, div., redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Key Bank (J) | EC | int. | O | T | various deposits + withdrawals | | | | |
| 2 Eaton Witty berg (J) Liquid assets fund | EA | int. | O | T | various transfers to + from accts @ | | | | |
| 3 Prudential Tax Free (J) | D | int. | M | T | | | | | |
| 4 Fidelity Tax exempt (J) | C | int. | L | T | redemptions | | | | |
| 5 Family 100 shares (J) | A | div. | J | T | | | | | |
| 6 Polaris 300 shares (J) | A | div. | J | T | | | | | |
| 7 3 lots + acreage around home (J) | exempt | residential - not held for investment | | | | | | | |
| 8 Kemper Mutual Fund (J) | C | div. appreciation | L | W | | | | | |
| 9 Investors Trust (J) | D | cap gain | K | T | | | | | |
| 10 Easton G. Bond (J) | A | none | P | U | | | | | |
| 11 Williams Jr. EE bond (DC) | A | none | J | U | | | | | |
| 12 Mrs. McKim bond - John (DC) | A | int. | J | T | | | | | |
| 13 Key Bank - John (DC) | A | int. | J | T | | | | | |
| 14 Mrs. McKim bond - Sarah (DC) | A | int. | J | T | | | | | |
| 15 Mrs. N. Kirby bond - Rachel (DC) | A | int. | J | T | | | | | |
| 16 Key Bank Rachel (DC) | A | int. | J | T | | | | | |
| 17 Equitable Life Ret. Plan Sec. | D | int. div. | N | T | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
  (See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=$1,000,001 to more
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=$1,000,001 or more
  (See Col. C1)
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
  (See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT Name: *Kherfeld* 556

## INVESTMENTS and TRUSTS — income, value, transactions
and dependent children see pp. 187 of instructions

| Description of Assets | Amount | Type | Value | Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |
| *Municipal + State bonds — all jointly owned with spouse* | | | | | | | |
| *Fairfield* | A | div | J | T | | | |
| *Dallas* | A | div | J | T | | | |
| *Florida* | A | div | J | T | | | |
| *Louisiana* | A | div | K | T | sold | K | A |
| *Hawaii* | B | div | K | T | | | |
| *Oregon* | B | div | K | T | | | |
| *Pennsylvania* | A | div | K | T | | | |
| *Texas* | A | div | J | T | | | |
| *Washington* | B | div | K | T | | | |
| *Alabama* | A | div | J | T | | | |
| *Honolulu* | A | div | J | T | sold | K | A |
| *Jacksonville* | A | div | J | W | | | |
| *Michigan* | A | div | J | W | | | |
| *Ohio* | A | div | J | W | | | |
| *Washington HFC* | A | div | J | W | redeemed | K | A |
| *Harris County* | A | div | J | W | | | |
| *Robinson Twp.* | A | div | J | W | | | |
| *US Treasury Bonds* | A | mort | M | T | | | |

Income/Gain Codes: ...
Value Codes: ...

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)  Kleinfeld  5/28/91

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(s)" for sole ownership of reporting individual, and spouse, "(J)" for joint ownership by reporting individual and spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) This page is all property of spouse which she inherited (5) | | | | | | | | | |
| ¹ Dreyfus Tax Exempt | A | div | J | T | redeemed 9/25 | | J | A | |
| ² Ameritech 414 sh. | A | div | J | T | | | | | |
| ³ Southwestern Bell 330 sh | A | div | J | T | | | | | |
| ⁴ NYNEX 22 sh | A | div | J | T | | | | | |
| ⁵ US West 21 sh | A | div | J | T | | | | | |
| ⁶ American Electric 371 sh | B | div | J | T | | | | | |
| ⁷ ATT 185 sh | A | div | J | T | | | | | |
| ⁸ Bell South 63 sh | A | div | J | T | | | | | |
| ⁹ Utah Power 236 sh | A | div | J | W | | | | | |
| ¹⁰ Bell Atlantic 22 sh | A | div | J | T | | | | | |
| ¹¹ TRW 472 sh | A | div | K | T | | | | | |
| ¹² McDonald's div | A | div | J | W | | | | | |
| ¹³ Merrill Lynch Fund | B | div | K | W | redeemed | | K | A | |
| ¹⁴ Raytheon 4589 | A | div | J | T | | | | | |
| ¹⁵ Stevenson Trust | A | dist. | J | W | | | | | |
| ¹⁶ Fidelity Cash Reserves | A | div | J | T | redeemed 9/25 | | J | A | |
| ¹⁷ | | | | | | | | | |
| ¹⁸ | | | | | | | | | |
| ¹⁹ | | | | | | | | | |
| ²⁰ | | | | | | | | | |

1 Income/Cash Codes: (See Col. B1 & D4) A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000  E=$15,001 to $50,000
2 Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000
3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting: _Kleinfeld_

Date of Report: 5/28/91

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee of Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date _May 28, 1991_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google